UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRISNEL SAINT FLEUR,

    Plaintiff,

v.                                                  CASE NO.: 8:12-cv-848-T-23TGW

PUBLIX SUPER MARKETS, INC.,

    Defendant.

_____/

**ORDER**

Frisnel Saint Fleur sues Publix Super Markets and petitions to proceed *in forma pauperis*. Magistrate Judge Wilson recommends that the complaint suffer dismissal without prejudice and that the petition to proceed *in forma pauperis* remain deferred pending the submission of a better pleaded complaint. Saint Fleur submits no objection.

The report and recommendation (Doc. 4) is **ADOPTED**, and the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. Saint Fleur may submit an amended complaint by **June 18, 2012**.

ORDERED in Tampa, Florida, on May 17, 2012.

                                                      *Steven D. Merryday*
                                              STEVEN D. MERRYDAY
                                           UNITED STATES DISTRICT JUDGE